UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br>    Stella Matthews<br><br>    Debtor(s) | Case No. 13 B 22557 |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/30/2013.

2) The plan was confirmed on 08/14/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 10/09/2014.

5) The case was Dismissed on 11/19/2014.

6) Number of months from filing to last payment: 14.

7) Number of months case was pending: 20.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $3,874.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$3,874.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $160.34 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$2,660.34** |

Attorney fees paid and disclosed by debtor:     $1,000.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Advocate - South Suburban Hospital | Unsecured | 26,278.95 | NA | NA | 0.00 | 0.00 |
| Advocate Medical Group | Unsecured | 330.00 | NA | NA | 0.00 | 0.00 |
| Advocate South Suburban Hospital | Unsecured | 88.55 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 158.00 | 157.88 | 157.88 | 0.00 | 0.00 |
| American InfoSource LP as agent for | Unsecured | 255.70 | 319.63 | 319.63 | 0.00 | 0.00 |
| AT&T Mobility II LLC | Unsecured | NA | 621.71 | 621.71 | 0.00 | 0.00 |
| BellSouth Telecommunications, Inc. | Unsecured | 0.00 | 66.37 | 66.37 | 0.00 | 0.00 |
| CCS Medical | Unsecured | 71.86 | NA | NA | 0.00 | 0.00 |
| CCSI | Unsecured | 0.00 | 493.00 | 493.00 | 0.00 | 0.00 |
| Columbia House | Unsecured | 73.00 | NA | NA | 0.00 | 0.00 |
| Direct Brands Inc. | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| Dish Network | Unsecured | 115.00 | NA | NA | 0.00 | 0.00 |
| Fifth Third Bank | Secured | 102,678.00 | 96,960.38 | 96,960.38 | 0.00 | 0.00 |
| Fifth Third Bank | Secured | 10,478.91 | 10,470.72 | 10,470.72 | 1,213.66 | 0.00 |
| Hanger Prosthetics & Orthotics | Unsecured | 21.74 | NA | NA | 0.00 | 0.00 |
| Harvey Anesthesiologists SC | Unsecured | 94.62 | NA | NA | 0.00 | 0.00 |
| ID Specialists, Ltd. | Unsecured | 80.68 | NA | NA | 0.00 | 0.00 |
| Ingalls Memorial Hospital | Unsecured | 1,185.77 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 108.00 | 108.05 | 108.05 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | NA | 374.21 | 374.21 | 0.00 | 0.00 |
| Just Energy | Unsecured | 214.59 | NA | NA | 0.00 | 0.00 |
| Kurtz Ambulance Service, Inc. | Unsecured | 61.87 | NA | NA | 0.00 | 0.00 |
| Laboratory Corporation of America | Unsecured | 180.96 | NA | NA | 0.00 | 0.00 |
| Lake Imaging LLC | Unsecured | 424.00 | NA | NA | 0.00 | 0.00 |
| MidAmerica Cardio Consultants | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| Pathology Assoc of Chicago Ltd | Unsecured | 201.00 | NA | NA | 0.00 | 0.00 |
| Physicians Coop Community Med Ctr | Unsecured | 564.10 | NA | NA | 0.00 | 0.00 |
| Primary Healthcare Associates, S.C. | Unsecured | 43.68 | NA | NA | 0.00 | 0.00 |
| Radiology Imaging Consultants | Unsecured | 44.47 | NA | NA | 0.00 | 0.00 |
| Raiker MD Krishnakant | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| Ridge Orthopedics and Rehab | Unsecured | 647.86 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| RJM Acquisitions LLC | Unsecured | 89.00 | 89.84 | 89.84 | 0.00 | 0.00 |
| Southwest Eye Center, SC | Unsecured | 747.24 | NA | NA | 0.00 | 0.00 |
| Sullivan Urgent Aid Centers | Unsecured | 330.00 | NA | NA | 0.00 | 0.00 |
| Williams Eye Institute | Unsecured | 30.08 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $96,960.38 | $0.00 | $0.00 |
| Mortgage Arrearage | $10,470.72 | $1,213.66 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$107,431.10** | **$1,213.66** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$2,230.69** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,660.34 |
| Disbursements to Creditors | $1,213.66 |
| **TOTAL DISBURSEMENTS:** | **$3,874.00** |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 01/20/2015               By: /s/ Marilyn O. Marshall
                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**